UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*COURTESY COPY*
*RECEIVED SEP 20 2013 CHAMBERS OF ALVIN K. HELLERSTEIN USDJ*

FOX NEWS NETWORK, LLC,

    Plaintiff,

- against -

TVEYES, INC.,

    Defendant.

Case No. 13-CV-5315 (AKH)

**NOTICE OF MOTION TO DISMISS COUNT II AND COUNT III OF THE COMPLAINT**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendant TVEyes, Inc.'s ("Defendant") Motion to Dismiss Counts II and III of the Complaint, dated September 16, 2013, and all prior proceedings and papers filed herein, Defendant will move this Court, before the Honorable Alvin K. Hellerstein, United States District Judge, Southern District of New York, at the United States Courthouse, located at 500 Pearl Street, New York, New York, at a date and time to be set by the Court, for an order: (1) dismissing Counts II and III of the Complaint with prejudice for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure; and (2) granting such other relief as this Court may deem just and proper.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
FILED: 9/30/13

*[Handwritten note by Judge:]* Motion denied w/out prejudice to later filing. At this point of the case, there is not enough understanding to distinguish between the scope of a copyright infringement claim, and state claims. Issues of discovery will arise, and I don't think that I shall / will deal with such issues at that time.

9/30/13      *[signature] Alvin K. Hellerstein*

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 6.1(b), answering papers, if any, shall be served within fourteen (14) days after service of the moving papers; and reply papers, if any, shall be served within seven (7) days after service of the answering papers.

Dated: September 16, 2013

        QUINN EMANUEL
        URQUHART & SULLIVAN, LLP

        By   /s/ Andrew H. Schapiro
           Andrew H. Schapiro
           andrewschapiro@quinnemanuel.com
           Jessica A. Rose
           jessicarose@quinnemanuel.com
           Todd Anten
           toddanten@quinnemanuel.com

        51 Madison Avenue, 22nd Floor
        New York, NY 10010
        (212) 849–7000

        *Attorneys for Defendant TVEyes, Inc.*

Judge wrote:

"Motion denied without prejudice to later filing. At this point of the case, there is not enough understanding to distinguish between the scope of a copyright infringement claim, and state claims. If discovery issues arise, and I do not think that likely, I will deal with such issues at that time.

9/30/13

Alvin K. Hellerstein"