**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

RECEIVED OCT 21 2013 CHAMBERS OF ALVIN K. HELLERSTEIN USDJ

WRITER'S DIRECT DIAL NO.
(212) 849-7164

WRITER'S INTERNET ADDRESS
andrewschapiro@quinnemanuel.com

October 18, 2013



*The initial conference is adjourned to Nov. 22, 2013 at 10:00 a.m. So ordered.*

/s/ Alvin K. Hellerstein
10-23-13

VIA FACSIMILE: (212) 805-7942

The Honorable Alvin K. Hellerstein
United States Court House—Room 1050
500 Pearl Street
New York, New York 10007
Fax: (212) 805-7942

Re: <u>Fox News Network, LLC v. TVEyes, Inc., 13-cv-5315</u>

Dear Judge Hellerstein:

    We represent Defendant TVEyes, Inc. ("TVEyes") in the above-referenced action. In our letter submitted to the Court earlier today requesting an adjournment of the initial pretrial conference currently scheduled for Friday, November 1, we inadvertently listed incorrect dates of the Parties' next availability for this conference. All Parties are available, and consent to, the adjournment of the initial pretrial conference to **Wednesday, November 20** or **Thursday, November 21**, if those dates are convenient for the Court. We apologize for any inconvenience.

Respectfully submitted,

/s/ Andrew H. Schapiro

Andrew H. Schapiro

cc: Plaintiff's counsel of record (via email)

**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

RECEIVED OCT 21 2013 CHAMBERS OF ALVIN K. HELLERSTEIN USDJ

WRITER'S DIRECT DIAL NO.
(212) 849-7164

WRITER'S INTERNET ADDRESS
andrewschapiro@quinnemanuel.com

October 18, 2013



*The initial conference is adjourned to Nov. 22, 2013 at 10:00 a.m. So ordered.*

/s/ Alvin K. Hellerstein
10-23-13

VIA FACSIMILE: (212) 805-7942

The Honorable Alvin K. Hellerstein
United States Court House—Room 1050
500 Pearl Street
New York, New York 10007
Fax: (212) 805-7942

Re: <u>Fox News Network, LLC v. TVEyes, Inc., 13-cv-5315</u>

Dear Judge Hellerstein:

We represent Defendant TVEyes, Inc. ("TVEyes") in the above-referenced action. In our letter submitted to the Court earlier today requesting an adjournment of the initial pretrial conference currently scheduled for Friday, November 1, we inadvertently listed incorrect dates of the Parties' next availability for this conference. All Parties are available, and consent to, the adjournment of the initial pretrial conference to **Wednesday, November 20** or **Thursday, November 21**, if those dates are convenient for the Court. We apologize for any inconvenience.

Respectfully submitted,

/s/ Andrew H. Schapiro

Andrew H. Schapiro

cc: Plaintiff's counsel of record (via email)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/13

**quinn emanuel urquhart & sullivan, llp**
LOS ANGELES | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG