UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOX NEWS NETWORK, LLC,<br><br>            Plaintiff,<br><br>- against -<br><br>TVEYES, INC.,<br><br>            Defendant. | Case No. 13-cv-5315 (AKH)<br><br>ECF Case<br><br>**NOTICE OF APPEARANCE** |

To:    The clerk of this court and all parties of record:

        I certify that I am admitted to practice in this court, and I appear in this case as counsel for: Plaintiff Fox News Network, LLC.

Dated:  New York, New York
          November 21, 2013

                                                      */s/* Brian Leary
                                                      Brian Leary
                                                      KIRKLAND & ELLIS LLP
                                                      601 Lexington Avenue
                                                      New York, New York  10022
                                                      Telephone: (212) 446-4800
                                                      Facsimile: (212) 446-4900
                                                      brian.leary@kirkland.com

                                                      Attorney for Plaintiff
                                                      FOX NEWS NETWORK, LLC