UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOX NEWS NETWORK, LLC, | Case No.  13-cv-5315 (AKH) |
| Plaintiff, | ECF Case |
| - against - | **NOTICE OF APPEARANCE** |
| TVEYES INC., | |
| Defendant. | |

To:    The clerk of this court and all parties of record:

I certify that I am admitted to practice in this court, and I appear in this case as counsel for: Plaintiff Fox News Network, LLC.

Dated:  New York, New York
       March 06, 2014

*/s/ Johanna Schmitt*

Johanna Schmitt
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
johanna.schmitt@kirkland.com

Attorney for Plaintiff
FOX NEWS NETWORK, LLC