# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, New York 10022

(212) 446-4800

www.kirkland.com

Dale Cendali, P.C.
To Call Writer Directly:
(212) 446-4846
dale.cendali@kirkland.com

Facsimile:
(212) 446-4900



April 10, 2014

**Via ECF and Facsimile**

Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Fox News Network, LLC v. TVEyes, Inc.*, No. 13 Civ. 5315 (AKH)

Dear Judge Hellerstein:

We represent Plaintiff Fox News Network, LLC ("Fox News") in the above-referenced litigation. We write jointly with counsel for Defendant TVEyes, Inc.'s ("TVEyes") in response to the Court's April 8, 2014 Order (Dkt. No. 20) concerning expert discovery.

Pursuant to this Court's Order, the parties have agreed upon, and respectfully request that the Court endorse, the briefing schedule set forth below:

- The last day for filing dispositive motions: June 26, 2014
- The last day for filing opposition briefs: July 24, 2014
- The last day for filing reply briefs: August 7, 2014

The parties respectfully preserve their objections stated on the record at the April 7, 2014 conference, and reserve their rights to seek relief pursuant to Fed. R. Civ. P. 56(d), should the need arise.

Sincerely,

Dale Cendali, P.C.

cc:   Andrew Schapiro, Esq.