UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOX NEWS NETWORK, LLC,<br><br>     Plaintiff,<br><br> - against -<br><br>TVEYES INC.,<br><br>     Defendant. | Case No. 13-cv-5315 (AKH)<br><br>ECF Case<br><br>**NOTICE OF APPEARANCE** |

To: The Clerk of this Court and all parties of record:

  I certify that I am admitted to practice in this Court, and I appear in this case as counsel for Plaintiff Fox News Network, LLC.

Dated: New York, New York
    July 3, 2014

               */s/ Felicity Kohn*
               Felicity Kohn
               KIRKLAND & ELLIS LLP
               601 Lexington Avenue
               New York, New York  10022
               Telephone: (212) 446-4800
               Facsimile: (212) 446-4900
               felicity.kohn@kirkland.com

               *Attorney for Plaintiff*
               *Fox News Network, LLC*