UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOX NEWS NETWORK, LLC,<br><br>        Plaintiff,<br><br>    - against -<br><br>TVEYES INC.,<br><br>        Defendant. | Case No.  1:13-cv-05315-AKH<br><br>ECF Case |

**CERTIFICATE OF SERVICE**

I, Joshua L. Simmons, Esq., the undersigned, certify under penalty of perjury, that on July 24, 2014, I caused true and correct copies of the following documents to be served via electronic delivery upon counsel for TVEyes, Inc. ("TVEyes").

- Plaintiff Fox News Network, LLC's Memorandum of Law in Opposition to Defendant TVEyes, Inc's Motion for Summary Judgment

- Plaintiff Fox News Network, LLC's Response to Defendant TVEyes, Inc.'s Statement of Undisputed Material Facts Pursuant to Local Rule 56.1

- Declaration of Jeff Misenti In Opposition to Defendant TVEyes, Inc's Motion for Summary Judgment, dated July 24, 2014

- Declaration of Joshua L. Simmons, Esq. In Opposition to Defendant TVEyes, Inc.'s Motion for Summary Judgment, dated July 24, 2014, which attaches Exhibits 125–29

Pursuant to Rule 2.C. of the Individual Rules of the Honorable Alvin K. Hellerstein, Fox News Network, LLC's Table of Additional Declarations and Exhibits Submitted in Opposition to TVEyes' Motion for Summary Judgment is attached hereto as **Exhibit A**.


Dated:  New York, New York
        July 24, 2014                          */s/ Joshua L. Simmons*
                                               Joshua L. Simmons, Esq.

- 2 -

# EXHIBIT A

## TABLE OF ADDITIONAL DECLARATIONS AND EXHIBITS SUBMITTED IN OPPOSITION TO TVEYES' MOTION FOR SUMMARY JUDGMENT[1]

- Declaration of Jeff Misenti In Opposition to Defendant TVEyes, Inc's Motion for Summary Judgment, dated July 24, 2014

- Declaration of Joshua L. Simmons, Esq. In Opposition to Defendant TVEyes, Inc.'s Motion for Summary Judgment, dated July 24, 2014, which attaches Exhibits 125–29

---

[1] Fox News incorporates by reference the declarations and exhibits that it submitted in support of its motion for summary judgment, which are indicated in Exhibit A to its Notice of Motion (Dkt. No. 32).