**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FOX NEWS NETWORK, LLC,

               Plaintiff,

      - against -

TVEYES, INC.,

             Defendant.

Case No.  13-CV-5315 (AKH)

**NOTICE OF WITHDRAWAL**
**OF APPEARANCE**

To:     The Clerk of the Court and all parties of record:

     PLEASE TAKE NOTICE that Andrew H. Schapiro of Quinn Emanuel Urquhart & Sullivan, LLP withdraws his appearance in this case on behalf of TVEyes, Inc. ("TVEyes") and should be removed from the Court's service list with respect to the above-captioned action. Quinn Emanuel Urquhart & Sullivan, LLP continues to serve as counsel for TVEyes through its attorneys Todd Anten and Jessica A. Rose and all future correspondence and papers in this action should continue to be directed to them.

Dated: August 11, 2014

               Respectfully submitted,

               QUINN EMANUEL
               URQUHART & SULLIVAN LLP

               */s/ Andrew H. Schapiro*

               Andrew H. Schapiro
               andrewschapiro@quinnemanuel.com

               51 Madison Avenue, 22nd Floor
               New York, New York  10010
               Tel: (212) 849-7000
               Fax: (212) 849-7100