# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, New York 10022

Dale Cendali, P.C.
To Call Writer Directly:
(212) 446-4846
dale.cendali@kirkland.com

(212) 446-4800

www.kirkland.com

Facsimile:
(212) 446-4900

August 11, 2014

**Via ECF and Facsimile**

Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *Fox News Network, LLC v. TVEyes, Inc.*, No. 13 Civ. 5315

Dear Judge Hellerstein:

We represent Plaintiff Fox News Network, LLC ("Fox News") in the above-referenced litigation. We jointly write with counsel for Defendant TVEyes, Inc. ("TVEyes") regarding two dates set forth in the Civil Case Management Plan, dated November 22, 2013 (Dkt. No. 15) (the "Plan").

First, the Plan sets a date for a settlement meeting on August 21, 2014, at 9:30 a.m. Plan(D)(2). It also provides that "[a]t the option of either party, the date may be cancelled upon the service or filing of a dispositive motion and notice to the Court." *Id.* In light of the parties' cross-motions for summary judgment, the settlement meeting has been cancelled.

Second, the Plan sets a date for a Second Case Management Conference on August 22, 2014 at 10:00 a.m. Plan(D)(3). In order to streamline the remainder of this case, the parties jointly and respectfully request that this conference be adjourned until the Court sets a date for a future conference at an appropriate time.

Sincerely,

*Dale Cendali*

Dale Cendali, P.C.

cc:     Todd Anten, Esq.