UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOX NEWS NETWORK, LLC,<br><br>  Plaintiff,<br><br>- against -<br><br>TVEYES, INC.,<br><br>  Defendant. | Case No. 13-CV-5315 (AKH)<br><br>**NOTICE OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant TVEyes, Inc.'s Motion for Summary Judgment, the Declarations of David Ives, David Seltzer, Jessica Rose and Todd Anten, and the exhibits thereto, and Defendant's Statement of Undisputed Facts Pursuant to Local Rule 56.1 in Support of Defendant's Motion for Summary Judgment, the undersigned will move before the Honorable Alvin K. Hellerstein, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an Order granting Defendants' motion for summary judgment on Counts I, II, and III of Fox News Network, LLC's Complaint pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1, and for such other and further relief as the Court may deem just and proper.

Pursuant to Your Honor's Rule of Individual Practices 2.C, attached hereto please find a table of declarations and accompanying exhibits that will be filed in support of Defendant's Motion for Summary Judgment.

Dated:	June 26, 2014	QUINN EMANUEL URQUHART
	& SULLIVAN, LLP

By   /s/  Andrew H. Schapiro
Andrew H. Schapiro
andrewschapiro@quinnemanuel.com
Jessica A. Rose
jessicarose@quinnemanuel.com
Todd Anten
toddanten@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

*Attorneys for Defendant TVEyes, Inc.*

## Table of Declarations and Exhibits

1. Declaration of David Ives in Support of Defendant's Motion for Summary Judgment, dated June 26, 2014, with Exhibits A – F attached thereto.

2. Declaration of David Seltzer in Support of Defendant's Motion for Summary Judgment, dated June 26, 2014, with Exhibits G – L attached thereto.

3. Declaration of Jessica Rose in Support of Defendant's Motion for Summary Judgment, dated June 26, 2014, with Exhibits M – AAA attached thereto.

4. Declaration of Todd Anten in Support of Defendant's Motion for Summary Judgment, dated June 26, 2014, with Exhibits BBB – SSS attached thereto.