# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  |  |  |
|---|---|---|
| Dale Cendali, P.C.<br>To Call Writer Directly:<br>(212) 446-4846<br>dale.cendali@kirkland.com | 601 Lexington Avenue<br>New York, New York 10022<br><br>(212) 446-4800<br><br>www.kirkland.com | Facsimile:<br>(212) 446-4900 |

September 16, 2014

**Via ECF and Facsimile**

Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Fox News Network, LLC v. TVEyes, Inc.*, No. 13 Civ. 5315

Dear Judge Hellerstein:

We represent Plaintiff Fox News Network, LLC ("Fox News") in the above-referenced litigation. We jointly write with counsel for Defendant TVEyes, Inc. ("TVEyes") pursuant to Your Honor's Individual Rule 1.D. to respectfully request an adjournment of the status conference currently scheduled by Your Honor's September 9, 2014 Order (Dkt. No. 86) for October 3, 2014 at 10 a.m. We have not previously requested an adjournment or extension. Due to a scheduling conflict, the parties respectfully request that the Court adjourn the status conference to October 17, 2014 and the due date for the joint letter also provided for in the Court's Order to October 15, 2014.

Sincerely,

*/s/ Dale Cendali*

Dale Cendali, P.C.

cc:   Todd Anten, Esq.