

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/18/14
```

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, New York 10022

Dale Cendali, P.C.
To Call Write Directly:
(212) 446-4846
dale.cendali@kirkland.com

(212) 446-4800

www.kirkland.com

Facsimile:
(212) 446-4900

September 16, 2014

*[Handwritten note: The conf is adjourned to 10 am joint to Oct. 24, 2014. letter is to be submitted by noon, Oct. 22, 2014. 9-18-14 /s/ AKH]*

**Via ECF and Facsimile**

Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Fox News Network, LLC v. TVEyes, Inc.*, No. 13 Civ. 5315

Dear Judge Hellerstein:

We represent Plaintiff Fox News Network, LLC ("Fox News") in the above-referenced litigation. We jointly write with counsel for Defendant TVEyes, Inc. ("TVEyes") pursuant to Your Honor's Individual Rule 1.D. to respectfully request an adjournment of the status conference currently scheduled by Your Honor's September 9, 2014 Order (Dkt. No. 86) for October 3, 2014 at 10 a.m. We have not previously requested an adjournment or extension. Due to a scheduling conflict, the parties respectfully request that the Court adjourn the status conference to October 17, 2014 and the due date for the joint letter also provided for in the Court's Order to October 15, 2014.

Sincerely,

/s/ Dale Cendali

Dale Cendali, P.C.

cc: Todd Anten, Esq.

Beijing   Chicago   Hong Kong   Houston   London   Los Angeles   Munich   Palo Alto   San Francisco   Shanghai   Washington, D.C.