```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

FOX NEWS NETWORK,

              Plaintiff,

         v.                           13 Civ. 5315 (AKH)

TVEYES, INC.,

              Defendant.

------------------------------x
                                      New York, N.Y.
                                      October 24, 2014
                                      1:30 p.m.
Before:

                    HON. ALVIN K. HELLERSTEIN,

                                      District Judge

                          APPEARANCES

KIRKLAND & ELLIS
     Attorneys for Plaintiff
BY:  DALE CENDALI
     JOSHUA SIMMONS

QUINN EMMANUEL URQUHART & SULLIVAN
     Attorneys for Defendant
BY:  TODD ANTEN
     JESSICA ROSE
```

1                (In open court)

2                (Discussion off the record)

3                THE COURT:  This proceeding is intended to carry out

4    the issues that I could not decide in my decision of September

5    9, 2014.  The parties have been working together to create a

6    schedule of the work that will be done, by the end of which

7    they believe they will be in a position to renew the motion for

8    summary judgment so that I can achieve finality and allow

9    either or both the parties to appeal to the Court of Appeals on

10   what is in many respects a novel issue of fair use of a

11   copyright.

12               In connection with that, both sides will be permitted

13   to take 30(b)(6) depositions, confined to the questions I ruled

14   that I could not decide because of issues of fact or issues

15   that have not been sufficiently illuminated in the briefing to

16   me.

17               Ms. Cendali will go first and her deposition will take

18   place on November 13 at 10 a.m., confined to one day.  And

19   TVeyes will go second and conduct their 30(b)(6) deposition on

20   November 20, also one day.

21               I will let you both know that there will be no

22   speaking objections at these depositions.  If a party wishes to

23   object, they will say objection to form and that will be it.

24   If the party asking the questions wants more information, the

25   party will be free to ask for it, and then it will be up to the

1   attorney to provide the information, but if there is no
2   question for elucidation, the objector will do no more than
3   just state, "Objection."
4           MS. ROSE:  Given the narrow scope of these
5   depositions, are we allowed to object on grounds of relevance?
6           THE COURT:  You always reserve that.  The relevance is
7   bound by the rulings I made.  If there is a question about it,
8   you deal with it the way you deal with questions of substance
9   under the Federal Rules of Civil Procedure.
10          I expect that you will be able to conduct yourself
11  professionally on this.
12          The next step after that will be the delivery of an
13  expert's report, again confined to the questions that I could
14  not resolve in my decision.  Ms. Cendali will deliver her
15  exert's report by noon on December 15.
16          MS. CENDALI:  I think you said 4 o'clock.
17          THE COURT:  4 p.m., December 15.  Yes, I did.
18          I will see the lawyers for the parties on December 18
19  at 2:30.  Of course, principals are always invited.  The
20  purpose of that status conference on December 18 at 2:30 is to
21  regulate what, if any, additional proceedings will be desired
22  or ordered.
23          Our goal in all of this is to complete as much as we
24  can the issues of this case so that the parties can bring them
25  to the Court of appeals.  Any comments?

Eaonfoxc                    Conference

1            MR. ANTEN:  No, your Honor.

2            MS. CENDALI:  We understand your ruling, your Honor.

3            MS. ROSE:  Thank you, your Honor.

4            (Adjourned)