UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
FOX NEWS NETWORK, LLC,                    :
:          **SCEHDULING ORDER**
Plaintiff,       :
:          13 Civ. 5315 (AKH)
-against-                           :
:
TVEYES, INC.                              :
:
Defendant.       :
------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

At the December 18, 2014 status conference I set the following schedule:

1) TVEyes will produce its expert report by March 6, 2015. No further enlargements will be granted.

2) The parties will meet at Plaintiff counsel's office to determine schedules for deposing each side's experts by March 12, 2015, and shall submit the schedules to chambers by that date.

3) The parties will appear before me for a status conference on March 16, 2015 at 4:00 PM.

SO ORDERED.

Dated:   December 19, 2014
New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge

1