# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, New York 10022

Dale Cendali, P.C.
To Call Writer Directly:
(212) 446-4846
dale.cendali@kirkland.com

(212) 446-4800

www.kirkland.com

Facsimile:
(212) 446-4900

March 12, 2015

**Via ECF and Facsimile**

Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Fox News Network, LLC v. TVEyes, Inc.*, No. 13 Civ. 5315 (AKH)

Dear Judge Hellerstein:

      We represent Plaintiff Fox News Network, LLC ("Fox News") in the above-referenced litigation. We write jointly with counsel for Defendant TVEyes, Inc. ("TVEyes") in response to the Court's December 19, 2014 Scheduling Order (Dkt. No. 96).

      Pursuant to this Court's Order, the parties have agreed upon, and respectfully request that the Court endorse, the schedule set forth below:

- The deposition of Dr. Knobel: April 10, 2015
- The deposition of Mr. Karle: April 23, 2015
- Opening briefs due: May 21, 2015
- Responsive briefs due: June 18, 2015

      In addition, the parties have agreed, with the Court's permission, to forego the submission of statements pursuant to Local Rule 56.1.

      The parties thank the Court for its attention to this matter.

Sincerely,

Dale Cendali, P.C.

cc: Todd Anten, Esq.