# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, New York 10022

Dale Cendali, P.C.
To Call Writer Directly:
(212) 446-4846
dale.cendali@kirkland.com

(212) 446-4800

www.kirkland.com

Facsimile:
(212) 446-4900

March 13, 2015

**Via ECF and Facsimile**

Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Fox News Network, LLC v. TVEyes, Inc.*, No. 13 Civ. 5315 (AKH)

Dear Judge Hellerstein:

We represent Plaintiff Fox News Network, LLC ("Fox News") in the above-referenced litigation. We write jointly with counsel for Defendant TVEyes, Inc. ("TVEyes").

In response to the Court's December 19, 2014 Scheduling Order (Dkt. No. 96), the parties submitted a joint letter yesterday seeking the Court's endorsement of a case schedule agreed upon by the parties. The Court ordered that schedule yesterday afternoon by Memo Endorsement (Dkt. No. 102).

The December 19 Scheduling Order also ordered the parties to appear before the Court for a status conference on Monday, March 16, 2015 at 4:00 p.m. In light of the Court's Memo Endorsement, the parties do not believe that there are any other discovery or scheduling issues for the Court to resolve at this time. Accordingly, they jointly request an adjournment of the status conference.

Sincerely,

Dale Cendali, P.C.

cc: Todd Anten, Esq.