UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

---

FOX NEWS NETWORK, LLC,

                Plaintiff,

    - against -

TVEYES INC.,

                Defendant.

Case No.: 1:13-cv-05315-AKH

ECF Case

**NOTICE OF APPEARANCE**

---

**TO:**    **Clerk of the Court and Counsel of Record:**

     I, Elizabeth A. McNamara, of the law firm of Davis Wright Tremaine LLP, hereby file my appearance as attorney for proposed amici Bright House Networks, Cable News Network, Inc., CBS Studios Inc., NBCUniversal Media, LLC and News 12 Networks LLC in the above-captioned matter.

     I am admitted to practice in this Court.

Date: May 22, 2015

                                           s/ Elizabeth A. McNamara
                                   Elizabeth A. McNamara
                                   DAVIS WRIGHT TREMAINE LLP
                                   1633 Broadway – 27th Floor
                                   New York, New York 10019
                                   Telephone:   (212) 489-8230
                                   Facsimile:    (212) 489-8340

                                   *Attorneys for Proposed Amici Curiae*