UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
----------------------------------------- x

FOX NEWS NETWORK, LLC,

               Plaintiff,

  - against -

TVEYES INC.,

               Defendant.

----------------------------------------- x

Case No.: 1:13-cv-05315-AKH

ECF Case

**NOTICE OF MOTION TO FILE BRIEF** *AMICI CURIAE*

      **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and the May 22, 2015 Declaration of Linda Steinman and the proposed *amici curiae* brief attached thereto as Exhibit A, Bright House Networks, Cable News Network, Inc., CBS Studios Inc., NBCUniversal Media, LLC and News 12 Networks LLC will move this Court for an order granting leave to appear as *amici curiae* and to file a memorandum as *amici curiae*.

Dated: May 22, 2015

Respectfully submitted,

s/ Elizabeth McNamara
Elizabeth A. McNamara
Linda Steinman
Alison Schary
Collin Peng-Sue
DAVIS WRIGHT TREMAINE LLP
1633 Broadway – 27th Floor
New York, New York 10019
Telephone:   (212) 489-8230
Facsimile:   (212) 489-8340

*Attorneys for Proposed Amici Curiae*

2

To:   Dale Margaret Cendali
      KIRKLAND & ELLIS LLP
      601 Lexington Avenue
      New York, NY 10022


      Jessica Anne Rose
      QUINN EMANUEL URQUHART & SULLIVAN LLP
      51 Madison Avenue
      22nd Floor
      New York, NY 10010

2