UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOX NEWS NETWORK, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>TVEYES INC.,<br><br>*Defendant*. | Case No. 13-CV-5315 (AKH)<br><br>NOTICE OF APPEARANCE |

**TO:** Clerk of the Court and Counsel of Record

I, Brett Max Kaufman, of the Technology Law & Policy Clinic at New York University School of Law, hereby file my appearance as attorney for proposed *amici curiae* media critics Eric Alterman, Brave New Films, Fairness in Accuracy and Reporting ("FAIR"), and Victor Navasky in the above-captioned matter.

I am admitted to practice in this Court.

Date: May 28, 2015

Respectfully submitted,

 /s/ Brett Max Kaufman
Brett Max Kaufman
TECHNOLOGY LAW & POLICY CLINIC
N.Y.U. SCHOOL OF LAW
245 Sullivan Street—Furman Hall #511
New York, New York 10012
T: 212.998.6042
F: 212.995.4031
brettmaxkaufman@nyu.edu

*Counsel for Proposed Amici Curiae*