**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL (212) 849-7000 | FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7192**

WRITER'S INTERNET ADDRESS
**toddanten@quinnemanuel.com**

September 11, 2015

<u>**VIA CM/ECF**</u>

The Honorable Alvin K. Hellerstein
United States Court House—Room 1050
500 Pearl Street
New York, New York 10007

Re:     <u>**Fox News Network, LLC v. TVEyes, Inc., 13-cv-5315**</u>

Dear Judge Hellerstein:

We represent Defendant TVEyes, Inc. ("TVEyes") in the above-referenced action.  Pursuant to the Court's Order dated August 25, 2015 [Dkt.  173], we write jointly with Plaintiff Fox News Network, LLC ("Fox News") to propose the following schedule for the parties to propose protective measures relating to TVEyes' e-mailing feature:

- **Wednesday, Sept. 23, 2015:**     TVEyes to propose protective measures to Fox News.

- **Friday, Oct. 7, 2015:**     Fox News to respond to TVEyes' proposal.

- **Thursday, Oct. 15, 2015:**     Joint submission to the Court.

Respectfully submitted,

Todd Anten

cc:     Plaintiff's counsel of record (via CM/ECF)