UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOX NEWS NETWORK, LLC,<br><br>       Plaintiff,<br><br>- against -<br><br>TVEYES, INC.,<br><br>       Defendant. | Case No.  13-CV-5315 (AKH)<br><br>**NOTICE OF APPEAL** |

      NOTICE IS HEREBY GIVEN that Defendant TVEyes, Inc. appeals to the United States Court of Appeals for the Second Circuit from the Permanent Injunction and Final Order entered November 6, 2015 (ECF No. 184) and each and every part of all decisions and orders that served as the basis for entry thereof, including the Order Setting Terms of Injunction, entered November 6, 2015 (ECF No. 183) and the Opinion and Order Regulating Issues of Fair Use and Granting Cross-Motions for Summary Judgment, entered August 25, 2015 (ECF No. 173).

Dated:  December 2, 2015

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   /s/ Todd Anten
   Todd Anten
   toddanten@quinnemanuel.com
   Jessica A. Rose
   jessicarose@quinnemanuel.com

51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

*Attorneys for Defendant TVEyes, Inc.*