UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

FOX NEWS NETWORK, LLC,

                Plaintiff,

-against-

TVEYES, INC.

                Defendant.

------------------------------------------------------------- X

**SCHEDULING ORDER**

13-cv-5315 (AKH)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/19

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The parties shall appear for a status conference on February 12, 2019, at 11 a.m., to chart further proceedings in this case. By February 5, 2019, the parties shall provide a proposed agenda for the conference, preferably as a joint submission, but separately if required.

SO ORDERED.

Dated:    January __, 2019
              New York, New York

                                              ALVIN K. HELLERSTEIN
                                            United States District Judge